July 21, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JESSICA SHANNON, Appellant

NO. 14-14-00359-CV             V.

MEMORIAL DRIVE PRESBYTERIAN CHURCH U.S., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Memorial Drive Presbyterian Church U.S., signed April 21, 2014, was heard on the transcript of the record. We have inspected the record and conclude the trial court erred in dismissing appellant Jessica Shannon's claims for lack of subject matter jurisdiction and rendering summary judgment as to Shannon's claims other than intentional infliction of emotional distress. We therefore order that the portions of the judgment dismissing Shannon's claims for lack of subject matter jurisdiction and rendering summary judgment on Shannon's claims other than intentional infliction of emotional distress are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the judgment on Shannon's claim for intentional infliction of emotional distress and order it **AFFIRMED**.

We order appellee, Memorial Drive Presbyterian Church U.S., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.